FILED
IN OPEN COURT
SEP - 9 2026
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JORDAN ISAIAH PIERCE,<br>a/k/a "L.A.,"<br>(Counts 1-2)<br><br>Defendants. | CRIMINAL NO. 4:26-cr-70<br><br>18 U.S.C. §§ 1951(a) and 2<br>Interference with Interstate Commerce by Robbery, Threats and Violence<br>(Count 1)<br><br>18 U.S.C. §§ 924(c) and 2<br>Possession, Use, Carry, and Brandish a Firearm During and In Relation to a Crime of Violence<br>(Count 2)<br><br>18 U.S.C. §§ 924(d), 981(a)(1)(C); 28 U.S.C. § 2461(c)<br>Criminal Forfeiture |

INDICTMENT

September 2026 Term – at Newport News, Virginia

GENERAL ALLEGATIONS

At all times relevant:

1. The Market Express gas station and convenience store (which is known colloquially as the Red Barn) was a commercial business located at 13300 Warwick Boulevard, Newport News, Virginia 23602, which is in the Eastern District of Virginia.

2. The Market Express gas station and convenience store operates in and affects interstate commerce. Among other things, the business obtains food, gas, and other products from companies throughout the United States and across the world.

COUNT ONE

(Interference with Interstate Commerce by Robbery, Threats, and Violence)

THE UNITED STATES ATTORNEY CHARGES THAT:

1. The factual allegations in the General Allegations section are incorporated herein by reference as if set out in full.

2. On or about July 11, 2022, in the Eastern District of Virginia, JORDAN ISAIAH PIERCE, a/k/a "L.A.," the defendant herein, aided and abetted by others known and unknown, did knowingly and unlawfully obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by robbery, as those terms are defined in 18 U.S.C. § 1951, in that the defendant and coconspirators, along with others known and unknown, did unlawfully take and obtain business proceeds and/or money or other property from the person and in the presence of an employee, G.A., of the Market Express gas station and convenience store, located at 13300 Warwick Boulevard, Newport News, Virginia 23602, by means of actual and threatened force, violence, and fear of injury, immediate and future, to said employee, and did aid, abet, assist, counsel, command, and induce others in the commission of the offense.

(In violation of Title 18, United States Code, Section 1951(a) and 2.)

COUNT TWO
(Possess, Use, Carry, and Brandish a Firearm During
and in Relation to and in Furtherance of a Crime of Violence)

THE GRAND JURY FURTHER CHARGES THAT:

1. The factual allegations contained in the General Allegations section are incorporated herein as if set out in full.

2. On or about July 11, 2022, in the Eastern District of Virginia, JORDAN ISAIAH PIERCE, a/k/a "L.A.," the defendant herein, aided and abetted others known and unknown, did knowingly, intentionally, and unlawfully use, carry, and brandish a firearm, during and in relation to, and possess and brandish a firearm in furtherance of a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Interference with Interstate Commerce by Robbery, Threats and Violence, in violation of Title 18, United States Code, Section 1951(a), as set forth in Count One of this Indictment, which description of said crime of violence is re-alleged and incorporated by reference as if set forth in full herein.

(In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2).

## CRIMINAL FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of the violation alleged in count one of this Indictment, shall forfeit to the United States, as part of the sentencing under Federal Rule of Criminal Procedure 32.2, any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

2. The defendant, if convicted of either of the violations alleged in this Indictment, shall forfeit to the United States, as part of the sentencing under Federal Rule of Criminal Procedure 32.2, any firearm or ammunition used in or involved in the violation.

3. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Sections 924(d) and 981(a)(1)(C); and Title 28, United States Code, Section 2461(c).)

UNITED STATES v. JORDAN ISAIAH PIERCE
4:26-cr- 70

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

REDACTED COPY

______________________________
FOREPERSON

Todd W. Blanche
Acting Attorney General

Theophani K. Stamos
First Assistant United States Attorney

By: /s/

Mack Coleman
Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, VA 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
mack.coleman@usdoj.gov

By: /s/

Lisa McKeel
Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, VA 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
lisa.mckeel@usdoj.gov

By: /s/
Bian Samuels
Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, VA 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
brian.samuels@usdoj.gov