**REDACTED**

JS 45 (11/2002)

# Criminal Case Cover Sheet — U.S. District Court

| | | |
|---|---|---|
| **Place of Offense:** | **Under Seal:** Yes ☐ No ☒ | **Judge Assigned:** |
| City: EDVA | Superseding Indictment: | **Criminal Number** |
| County/Parish: | Same Defendant: YES | New Defendant: |
| | Magistrate Judge Case Number: **4:26MJ55** | |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of ______________ . | |

## Defendant Information:

| | | | | | |
|---|---|---|---|---|---|
| **Juvenile:** Yes ☐ No ☒ | **FBI#:** E6TARMSKE | | | | |
| Defendant Name: **JORDAN ISAIAH PIERCE** | **Alias Name(s):** "L.A." | | | | |
| **Address:** Williamsburg, VA, 23185 | | | | | |
| **Employment:** | | | | | |
| **Birth Date:** 2001 | **SS#:** xxx-xx-7681 | **Sex:** M | **Race:** Black | **Nationality:** | **Place of Birth:** |
| **Height:** | **Weight:** | **Hair:** | **Eyes:** | **Scars/Tattoos:** | |
| **Interpreter:** Yes ☐ No ☒ | **List Language and/or dialect:** | | | | |

## Location Status:

| | | |
|---|---|---|
| Arrest Date: | | |
| ☒ Already in Federal Custody as of: 8/27/26 in: WTRJ . | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| | |
|---|---|
| Name: | ☐ Court Appointed |
| Address: | ☐ Retained |
| Telephone: | ☐ Public Defender |
| | ☒ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: |

## U.S. Attorney Information:

| | | |
|---|---|---|
| AUSA Lisa McKeel, AUSA D. Mack Coleman, & AUSA Brian Samuels | Telephone No. 757-591-4000 | Bar #: |

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI, TFO Andrew Amarillo, 757-585-5210 & SA Zach Mullin; 703-947-7351

**U.S.C. Citations:**

| | | | | |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1951(a) and 2 | Interference with Interstate Commerce by Robbery, Threats and Violence | Felony | Count 1 |
| Set 2 | 18 U.S.C. §§ 924(c) and 2 | Possession, Use, Carry, and Brandish a Firearm During and In Relation to a Crime of Violence | Felony | Count 2 |
| Set 3 | 18 U.S.C. §§ 924(d), 981(a)(1)(C); 28 U.S.C. § 2461(c) | Criminal Forfeiture | | |
| | | | | |
| | | | | |