IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA

v. Criminal Case No. 4:26cr70

JORDAN ISAIAH PIERCE,

Defendants.

# SCHEDULING ORDER

With respect to the jury trial in this case scheduled to begin on November 9, 2026, at 10:00 a.m., the Court ORDERS as follows:

1. Motions in Limine. The parties, absent good cause shown, shall file motions in limine **not later than twenty-one (21) days before trial**. Responses are due **not later than seven (7) days thereafter**, and any replies are due **not later than three (3) days thereafter**.

2. Trial Brief. In complex matters, the Court encourages, but does not require, counsel for each party to file a trial brief setting forth their view of the case and the elements of the offenses charged, so that the Court has a basic understanding of the case to be tried. Counsel shall also identify any unusual evidentiary issues that may arise during the trial, along with any authority that pertains to the issue. Trial briefs shall be filed **not later than seven (7) days before trial**. Motions in limine may not be included in the Trial Brief because the Trial Brief is designed to be an informational aid, not a mechanism to grant a party relief.

3. Jury Instructions and Verdict Form. Attached to this Scheduling Order is a proposed set of standard jury instructions that Judge Hanes will give in every criminal case (unless inapplicable given the specific circumstances of the case).

**Not later than seven (7) days before trial**, the parties shall each file 1) any objections to Judge Hanes's proposed jury instructions; 2) any additional proposed jury instructions, including those related to the substantive offense(s); and 3) a proposed verdict form. In cases that involve multiple defendants, one submission may be made on behalf of all defendants if the defendants are in agreement. Defense counsel are encouraged to coordinate defense jury instructions to the extent practicable. For ease of reference, the government is directed to number (e.g., 1, 2, 3) their proposed jury instructions and the defendants are directed to letter (e.g., A, B, C) their proposed jury instructions. Citations to primary sources should be included for each proposed jury instruction. In addition to the electronically filed versions, the parties are directed to supply versions of their proposed instructions in Microsoft Word format, which should be emailed to Chambers. Instructions should not be all capitalized.

For disputed instructions, the parties should each file a brief containing the stated objections, argument supporting alternative instructions, and any authority on the issue **not later than four (4) days before trial**. These briefs are not to exceed five (5) pages.

After the trial commences, the parties may submit supplemental proposed jury instructions or withdraw previously proposed instructions based on the evidence and rulings in the case. The Court will instruct the jury after closing arguments and provide a copy of the jury instructions to the jury for its use during deliberations.

4. *Voir Dire*. Counsel for each party shall individually file electronically any proposed *voir dire* **not later than seven (7) days before trial**. Any objections shall be filed **not later than four (4) days before trial.** Counsel shall also provide a copy of the proposed *voir dire* in WORD format via e-mail to Chambers.

5. Audio or Video Recordings. The Court further ORDERS that if either party intends to introduce an audio or video recording into evidence, such party shall prepare a written transcript of the recording to accompany the recording. **Not later than seven (7) days before trial**, any written transcript shall be provided to opposing counsel.

6. Stipulations. **Not later than three (3) days before trial**, the parties shall jointly file any stipulations.

7. Exhibit & Witness Lists. The Court further ORDERS that **not later than three (3) days before trial**, the government shall provide to Chambers a copy of all exhibits, an exhibit list, and a witness list. The defendants are encouraged, but not required, to do the same. The exhibits may be delivered in electronic format (e.g., on a thumb drive or disc) instead of hard copies if the parties prefer.

Nothing in this Order shall be construed to impact the deadlines for discovery as set forth in Fed. R. Crim. P. 16 or as agreed to by the parties, as well as any of the requirements set forth in 18 U.S.C. § 3500 or Fed. R. Crim. P. 26.2.

The Clerk is directed to provide a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: September 28, 2026