FILED
IN OPEN COURT
OCT 14 2026
CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 4:26-cr-70 |
| v. | **18 U.S.C. §§ 924(c)(1)(A), (j)(1), and 2**<br>Using and Carrying a Firearm During and in Relation to a Crime of Violence Resulting in Death<br>(Counts 1, 2) |
| JORDAN ISAIAH PIERCE,<br>a/k/a "L.A.,"<br>(Counts 1-6) | |
| *Defendant.* | **18 U.S.C. § 1951(a)**<br>Conspiracy to Interfere with Commerce by Robbery<br>(Count 3) |
| | **18 U.S.C. §§ 1951(a) and 2**<br>Interference with Commerce by Robbery<br>(Counts 4, 5) |
| | **18 U.S.C. §§ 924(c)(1)(A) and 2**<br>Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence<br>(Count 6) |
| | **18 U.S.C. §§ 3591 and 3592**<br>Notice of Special Findings |
| | **FORFEITURE ALLEGATION** |

**<u>SUPERSEDING INDICTMENT</u>**

**October 2026 Term – at Newport News, Virginia**

## GENERAL ALLEGATIONS

At all times relevant to the Superseding Indictment:

1. The 7-Eleven gas station and convenience store located at 1401 Kiln Creek Parkway in Newport News, Virginia (hereinafter, "The Kiln Creek 7-Eleven") was a commercial business within the Eastern District of Virginia.

2. The Kiln Creek 7-Eleven operated in, was engaged in, and affected interstate and foreign commerce. Among other things, The Kiln Creek 7-Eleven obtained and sold food, gasoline, and other products from companies throughout the United States and around the world.

3. The Market Express gas station and convenience store located at 13300 Warwick Boulevard in Newport News, Virginia (colloquially known as "the Red Barn" and, hereinafter, "The Market Express") was a commercial business within the Eastern District of Virginia.

4. The Market Express operated in, was engaged in, and affected interstate and foreign commerce. Among other things, The Market Express obtained and sold food, gasoline, and other products from companies throughout the United States and around the world.

**COUNT ONE**

(*Using and Carrying a Firearm During and in Relation to a Crime of Violence Resulting in Death*)

THE GRAND JURY CHARGES THAT:

1. Paragraphs One and Two of the General Allegations contained in this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about June 15, 2022, in the Eastern District of Virginia, the defendant, JORDAN ISAIAH PIERCE, a/k/a "L.A.," aided and abetted by another, did knowingly and intentionally use and carry a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery of The Kiln Creek 7-Eleven, in violation of Title 18, United States Code, Section 1951(a), as set forth and charged in Count Four of this Superseding Indictment, and in the course of committing said offense, did cause the death of P.P. through the use of a firearm, which killing was murder, as defined in Title 18, United States Code, Section 1111(a).

(In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and (j)(1) and 2.)

**COUNT TWO**

(*Using and Carrying a Firearm During and in Relation to a Crime of Violence Resulting in Death*)

THE GRAND JURY FURTHER CHARGES THAT:

1. Paragraphs One and Two of the General Allegations contained in this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about June 15, 2022, in the Eastern District of Virginia, the defendant, JORDAN ISAIAH PIERCE, a/k/a "L.A.," aided and abetted by another, did knowingly and intentionally use and carry a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery of The Kiln Creek 7-Eleven, in violation of Title 18, United States Code, Section 1951(a), as set forth and charged in Count Four of this Superseding Indictment, and in the course of committing said offense, did cause the death of L.T. through the use of a firearm, which killing was murder, as defined in Title 18, United States Code, Section 1111(a).

(In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and (j)(1) and 2.)

**COUNT THREE**

(*Conspiracy to Interfere with Commerce by Robbery*)

THE GRAND JURY FURTHER CHARGES THAT:

1. The General Allegations contained in this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

2. From in and around at least June 2022 through in and around at least July 2022, the exact dates being unknown to the Grand Jury, in the Eastern District of Virginia, the defendant, JORDAN ISAIAH PIERCE, a/k/a "L.A.," did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to the Grand Jury to unlawfully obstruct, delay and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined by Title 18, United States Code, Section 1951(b)(1).

WAYS, MANNER, AND MEANS OF ACCOMPLISHING THE CONSPIRACY

3. The object of the conspiracy was to obtain United States currency and other property by robbing commercial establishments located in the Eastern District of Virginia.

4. The ways, manner, and means by which the defendant and his coconspirators sought to accomplish the object of the conspiracy included, but were not limited to, the following:

a. It was part of the conspiracy that the defendant and his coconspirators would perform various tasks and take on various roles in furtherance of the conspiracy.

b. It was further part of the conspiracy that the defendant and his coconspirators would travel by vehicle to commercial establishments in the Eastern District of Virginia to rob them.

c. It was further part of the conspiracy that the defendant and his coconspirators armed themselves with a firearm, that is, a Draco pistol.[1]

OVERT ACTS

5. In furtherance of the conspiracy, and to effect the object thereof, the defendant and others known and unknown to the Grand Jury committed and caused to be committed the following acts, among others, in the Eastern District of Virginia:

a. On or about June 15, 2022, the defendant and a coconspirator traveled to The Kiln Creek 7-Eleven.

b. On or about June 15, 2022, the defendant, aided and abetted by his coconspirator, robbed The Kiln Creek 7-Eleven of lottery tickets.

c. On or about June 15, 2022, during and in relation to the robbery of The Kiln Creek 7-Eleven, the defendant brandished the aforementioned Draco pistol and used it to shoot and kill P.P. and L.T., who were employees of The Kiln Creek 7-Eleven.

d. On or about July 11, 2022, the defendant and his coconspirators traveled to The Market Express.

e. On or about July 11, 2022, the defendant, aided and abetted by coconspirators, robbed The Market Express of approximately $800 in United States currency.

f. On or about July 11, 2022, during and in relation to the robbery of The Market Express, the defendant and a coconspirator used, carried, and brandished the aforementioned Draco pistol.

(All in violation of Title 18, United States Code, Section 1951(a).)

---

[1] A Draco is a semi-automatic AK-style pistol chambered in 7.62x39mm

**COUNT FOUR**
(*Interference with Commerce by Robbery*)

THE GRAND JURY FURTHER CHARGES THAT:

1. Paragraphs One and Two of the General Allegations contained in this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about June 15, 2022, in the Eastern District of Virginia, the defendant, JORDAN ISAIAH PIERCE, a/k/a "L.A.," aided and abetted by another, did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendant did unlawfully take and obtain property consisting of lottery tickets belonging to The Kiln Creek 7-Eleven, in the presence of P.P. and L.T. against their will by means of actual and threatened force, violence, and fear of immediate and future injury to their persons, while P.P. and L.T. engaged in commercial activities as employees of The Kiln Creek 7-Eleven, and did aid, abet, counsel, command, induce, and cause another to commit said offense.

(In violation of Title 18, United States Code, Sections 1951(a) and 2.)

## COUNT FIVE

*(Interference with Commerce by Robbery)*

THE GRAND JURY FURTHER CHARGES THAT:

1. Paragraphs Three and Four of the General Allegations contained in this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about July 11, 2022, in the Eastern District of Virginia, the defendant, JORDAN ISAIAH PIERCE, a/k/a "L.A.," aided and abetted by others, did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendant did unlawfully take and obtain property consisting of United States currency belonging to The Market Express, in the presence of G.A., against his will by means of actual and threatened force, violence, and fear of immediate and future injury to his person, while G.A. engaged in commercial activities as an employee of The Market Express, and did aid, abet, counsel, command, induce, and cause another to commit said offense.

(In violation of Title 18, United States Code, Sections 1951(a) and 2.)

**COUNT SIX**

(*Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence*)

THE GRAND JURY FURTHER CHARGES THAT:

1. Paragraphs Three and Four of the General Allegations contained in this Superseding Indictment are realleged and incorporated by reference as though fully set forth herein.

2. On or about July 11, 2022, in the Eastern District of Virginia, the defendant, JORDAN ISAIAH PIERCE, a/k/a "L.A.," aided and abetted by others, did knowingly use, carry, and brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Interference with Commerce by Robbery of The Market Express, in violation of Title 18, United States Code, Section 1951(a), as set forth and charged in Count Five of this Superseding Indictment, and did aid, abet, counsel, command, induce, and cause another to commit said offense.

(In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2).

**NOTICE OF SPECIAL FINDINGS CONCERNING SENTENCING ALLEGATIONS**
**AS TO COUNTS ONE AND TWO**

THE GRAND JURY FURTHER FINDS:

As to Counts One and Two of the Superseding Indictment, the allegations of which are realleged and incorporated by reference as though fully set forth herein, the defendant, JORDAN ISAIAH PIERCE:

a. was more than 18 years old at the time of the offense (Title 18, United States Code, Section 3591(a));

b. intentionally killed P.P. and L.T. (Title 18, United States Code, Section 3591(a)(2)(A));

c. intentionally inflicted serious bodily injury that resulted in the death of P.P. and L.T. (Title 18, United States Code, Section 3591(a)(2)(B));

d. intentionally participated in an act, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than one of the participants in the offense, and P.P. and L.T. died as a direct result of the act (Title 18, United States Code, Section 3591(a)(2(C));

e. intentionally and specifically engaged in an act of violence, knowing that the act created a grave risk of death to a person, other than one of the participants in the offense, such that participation in the act constituted a reckless disregard for human life and P.P. and L.T. died as a direct result of the act (Title 18, United States Code, Section 3591(a)(2)(D));

f. intentionally killed and attempted to kill more than one person in a single criminal episode (Title 18, United States Code, Section 3592(c)(16)); and

g. committed the offense for the receipt, and in the expectation of the receipt, of anything of pecuniary value (Title 18, United States Code, Section 3992(c)(8)).

(Pursuant to Title 18, United States Code, Sections 3591 and 3592.)

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

UNITED STATES v. JORDAN ISAIAH PIERCE
4:26-cr-70

A TRUE BILL:

REDACTED COPY

______________________________
FOREPERSON

TODD W. BLANCHE
ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES ATTORNEY

By: ______________________________
Mack Coleman
Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, VA 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
mack.coleman@usdoj.gov

By: ______________________________
Lisa McKeel
Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, VA 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
lisa.mckeel@usdoj.gov

By: ______________________________
Brian Samuels
Assistant United States Attorney
United States Attorney's Office
One City Center
11815 Fountain Way, Suite 200
Newport News, VA 23606
Tel. (757) 591-4000
Fax: (757) 591-0866
brian.samuels@usdoj.gov