REDACTED

JS 45 (11/2002)

**Criminal Case Cover Sheet** **U.S. District Court**

| | | |
|---|---|---|
| **Place of Offense:** | **Under Seal:** Yes ☐ No ☐ | **Judge Assigned:** Judge Hanes |
| City: EDVA | Previous Charging Document: Indictment | **Criminal Number: 4:26CR70** |
| County/Parish: | Same Defendant: YES | **New Defendant:** |
| | Magistrate Judge Case Number: | **Arraignment Date:** |
| | Search Warrant Case Number: | |
| | R 20/R 40 from District of ____________ . | |

**Defendant Information:**

| | |
|---|---|
| **Juvenile:** Yes ☐ No ☒ | **FBI#:** E6TARMSKE |
| Defendant Name: **JORDAN ISAIAH PIERCE** | **Alias Name(s):** "L.A." |
| **Address:** Williamsburg, VA, 23185 | |
| **Employment:** | |

| | | | | | |
|---|---|---|---|---|---|
| **Birth Date:** 2001 | SS#: xxx-xx-7681 | Sex: M | **Race:** Black | **Nationality:** | **Place of Birth:** |
| **Height:** | **Weight:** | **Hair:** | **Eyes:** | **Scars/Tattoos:** | |
| **Interpreter:** Yes ☐ No ☒ | **List Language and/or dialect:** | | | | |

**Location Status:**

| | | |
|---|---|---|
| Arrest Date: | | |
| ☒ Already in Federal Custody as of: 8/27/26 in: WTRJ . | | |
| ☐ Already in State Custody | ☐ On Pretrial Release | ☐ Not in Custody |
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☐ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

**Defense Counsel Information:**

| | |
|---|---|
| Name: S. Mario Lorello | ☒ Court Appointed |
| Address: Zoby & Broccoletti P.C.<br>6663 Stoney Point S, Norfolk, VA 23502 | ☐ Public Defender |
| Telephone: 757-466-0750 | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| Email: mario@zobybroccoletti.com | ☐ CJA attorney/s ____________________ should not be appointed due to conflict of interest |
| | ☐ No Conflicts |

**U.S. Attorney Information:**

| | | |
|---|---|---|
| AUSA Lisa McKeel, AUSA D. Mack Coleman, & AUSA Brian Samuels | Telephone No. 757-591-4000 | Bar #: |

**Complainant Agency, Address & Phone Number or Person & Title:**

FBI, TFO Andrew Amarillo, 757-585-5210 & SA Zach Mullin; 703-947-7351

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Pett |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 924(c)(1)(A), (j)(l) and 2 | Using and Carrying a Firearm During and in Relation to a Crime of Violence Resulting in Death | 1-2 | Felony |
| Set 2 | 18 U.S.C. § 1951(a) | Conspiracy to Interfere with Interstate Commerce by Robbery | 3 | Felony |
| Set 3 | 18 U.S.C. §§ 1951(a) and 2 | Interference with Commerce by Robbery | 4-5 | Felony |
| Set 4 | 18 U.S.C. §§ 924(c)(1)(A) and 2 | Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence | 6 | Felony |
| Set 5 | 18 U.S.C. §§ 3591 and 3592 | Notice of Special Findings | | |
| Set 6 | 18 U.S.C. §§ 924(d), 981(a)(1)(C); 28 U.S.C. § 2461(c) | Criminal Forfeiture | | |