IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

UNITED STATES OF AMERICA,

v. Crim. No. 4:26-cr-70

JORDAN ISAIAH PIERCE,

Defendant.

**ORDER**

On October 26, 2026, the Court held Defendant's arraignment. The Government moved to certify the case as "complex" under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(ii), and Defendant had no objection. For the reasons explained below, the Court certifies this case as complex and FINDS pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by setting this trial outside of the speedy trial cutoff outweigh the best interests of the public and the Defendant in a speedy trial. Accordingly, the Court GRANTS the Motion.

The Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, provides for setting a trial outside the seventy (70) day speedy trial window when "the case is so unusual or so complex, due to the number of defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section." 18 U.S.C. § 3161(h)(7)(B)(ii). For the reasons stated on the record the Court designates this case as complex within the meaning of the Speedy Trial Act.

The Government's motion is GRANTED, and a status conference is scheduled for 10:00 a.m. on **March 2, 2027, in Norfolk**.

It is so ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Newport News, Virginia
Date: October 27, 2026